UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lamont E. Paige

    v.                                  Case No. 23-CV-353-SE-AJ

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 19, 2024. For the reasons explained therein, the Warden's motion for summary judgment (Doc. No. 4) is granted.

The clerk is directed to enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: September 25, 2024

cc:   Lamont E. Paige, pro se
       Counsel of Record